UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINC BENKERT,

    Plaintiff,

v.                                        CASE NO: 8:04-cv-1-T-23TGW

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

The plaintiff files a motion (Doc. 33) for dismissal with prejudice.  Accordingly, the motion (Doc. 33) is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to terminate any pending motions and close the file.

ORDERED in Tampa, Florida, on June 17, 2005.

                                                          STEVEN D. MERRYDAY
                                                   UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy